UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

_____ DIVISION

FILED
SEP 18 2015
CLERK

Wendy Kim McKenzie

(Enter the full name of the Plaintiff[s] in this action)

vs.

Liberty Life Assurance Company of Boston Group Benefits Disability Claims

(Enter the full name of **ALL** Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

Case No. 15-4147
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):

They denied my Long term Disability. They have ruined my Credit Rating. I can't get an Apartment because of my Scores. Social Security Disibility has approved me for my Disibity SS. Income. I have been stressed out all the time because of my finicial situation. I bought the Long term disibility for peace of mind.

1

II. Plaintiff, Wendy Kim McKenzie resides at

<u>101 W. 3rd St</u>
(street address)
<u>Hartford</u>, <u>Minnehaha</u>
(city)           (county)
<u>SD</u>       , <u>57033</u>   <u>605-351-8112</u>
(state)    (zip)    (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, <u>Liberty Mutual Insurance</u> resides at, or its business is located at

<u>P.O. Box 7207</u>
(street address)
<u>London</u>           , _____,
(city)                  (county)
<u>KY</u>       , <u>40742-7207</u>   <u>800-291-6112</u>
(state)    (zip)    (telephone number)

(If more than one defendant, provide the same information for each defendant below)

2

DSD 12-12

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

I was denied my long term disability. ~~Benefits~~ by Liberty & Jerronda King, Disibitty Claims Tech Specialist Even though 5 doctors state I'm unable to work.

Social Security approved my Disibitty

Well's Fargo stated they agree with my disability.

V. Relief (State briefly and exactly what you want the Court to do for you.)

I want my disability that I paid for plus damages to my credit, my mental well being.

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [ ✓ ]          NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:

I want 65% of my pay from Wells Fargo.
I want 15 million dollars for mental stress, ruining my credit rating. Unable to rent an Apartment because of my crediting.
I have not been able to feed myself correctly. No to lack of money

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [ ✓ ]          NO [ ]

VIII. Are you requesting a Jury Trial?

YES [ ✓ ]          NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of September 2015

Wendy K McKenzie
PO Box 694
Hartford SD 57033

Signature of Plaintiff[s]