UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| WENDY KIM McKENZIE,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant. | CIV. 15-4147-KES<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' settlement agreement (Docket 22-1), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to any of the parties.

Dated April 11, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE